Order entered August 7, 2013



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01030-CR

**RICKY PEDRO GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-81559-2011**

## ORDER

We **GRANT** appellant's motion for an extension of time to file a motion for rehearing.

The time for filing appellant's motion for rehearing is **EXTENDED** to August 26, 2013.


/s/    MOLLY FRANCIS
        JUSTICE